UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Richard Eli Ball, et al.,

        Plaintiffs,

-against-                                          24 civ 5086 (CM)

Utopia Music Holdings (US) Inc., et al.,

        Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2024

ORDER DEEMING THE PETITION TO CONFIRM AS A MOTION TO COMFIRM

McMahon, J.:

    I hereby deem the petition to confirm arbitration to be a motion to confirm the arbitration award.

    Service on defendant is to be effected within 30 days. Defendant has 30 days from the date of service to file a response to the motion.

Dated: July 9, 2024

                                                                        _____
                                                                                 U.S.D.J.

BY ECF TO ALL COUNSEL