**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In the Matter of the Application of
RICHARD ELI BALL, EDE LLC, JOSEPH
ARENDS SOWELL, III as trustee of the
Joseph A. Sowell, III Revocable Trust,
MUSIC WORLD ENTERTAINMENT
CORPORATION, MARTIN KELMAN,
RONALD LAZAROV, STEPHEN MADSEN,
and CLARITAS PRIVATE CREDIT FUND,
I, LP,

                         Petitioners,                         24 **CIVIL** 5086 (CM)

       -against-                                         **JUDGMENT**

UTOPIA MUSIC HOLDINGS (US) INC.
and UTOPIA MUSIC AG,
                              Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 18, 2024, the Petition to recognize and confirm the Final Award is granted in its entirety. Judgment is entered for the Petitioners in the amount of $1,862,995.54, with post-award interest on the entire amount at the US Federal Reserve Rate of 5.33% plus 2% (two hundred basis points) per annum from the date of the Petition, July 3, 2024, to the date of the full payment of the Final Award.

**Dated**: New York, New York
       July 19, 2024

                                          **DANIEL ORTIZ**
                                   _____
                                    **Acting Clerk of Court**

              **BY:**          _____
                                     **Deputy Clerk**